✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:54 pm, Apr 06 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.:<br>1:23-mj-01059-JMC | Date and time warrant executed:<br>4/5/2023    9:57 am | Copy of warrant and inventory left with:<br>Christopher Nieto |
|---|---|---|

Inventory made in the presence of :
Christopher Nieto

Inventory of the property taken and name(s) of any person(s) seized:

Four (4) buccal swab samples from Tomeka Glenn

Nothing Further BPJ

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 4/5/2023

*Executing officer's signature*

Benjamin P. Johnson, Special Agent, FBI
*Printed name and title*

1:23-mj-01059-JMC